**Opinion issued November 19, 2013**



In The

# Court of Appeals

For The

## First District of Texas

—————————————

**NO. 01-13-00846-CR**

———————————

**OSCAR HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

———————————————————————————————————

**On Appeal from the 177th District Court[1]**
**Harris County, Texas**
**Trial Court Case No. 1400041**

———————————————————————————————————

**MEMORANDUM OPINION**

On October 29, 2013, Oscar Hernandez filed Appellant's Motion to Dismiss

Appeal in which he states that he no longer wishes to pursue this appeal.  The

---

[1]     Trial court judge:  Hon. Ryan Patrick
        Counsel for appellant:  Angela Cameron
        Counsel for State: Alan Curry, Devon Anderson

motion is signed by the appellant and his attorney, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has issued and although appellants failed to include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).